# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR63 |
| vs. | ) | ORDER |
| GILBERT GOMEZ, JR., JESUS AGUIRRE, GILBERT GOMEZ, SR., MONICA GOMEZ and MARTIN GOMEZ, | ) | |
| Defendants. | ) | |

This matter is before the court on the motions to extend the pretrial motion deadline by defendants Jesus Aguirre (Aguirre) (Filing No. 69) and Martin Gomez (Gomez) (Filing No. 71). Both defendants seek an additional thirty days to file pretrial motions. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

1. Aguirre's and Gomez's motion to extend the pretrial motion deadline (Filing Nos. 69 and 71) are granted.

2. The defendants are given until May 20, 2016 in which to file pretrial motions in accordance with the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., the time between April 18, 2016, and May 20, 2016, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of April, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge