IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>JESUS AGUIRRE,<br><br>     Defendant. | **8:16CR63**<br><br><br>**ORDER** |

This matter is before the Court on defendant's motion to vacate pursuant to 28 U.S.C. §
2255. Filing No. 169. The Court has determined that appointment of counsel is appropriate.

IT IS ORDERED that Assistant Federal Public Defender Michael F. Maloney, 222 South 15th
Street, Suite 300 N, One Central Park Plaza, Omaha, NE 68102, is appointed as attorney of record
for the above-named defendant for the balance of the proceedings relating to the pending motion to
vacate. The appointment is made pursuant to the Criminal Justice Act. Counsel shall forthwith file an
appearance in this matter.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal
Public Defender for the District of Nebraska.


Dated this 22nd day of June, 2018.


        BY THE COURT:

        s/ Joseph F. Bataillon
        Senior United States District Judge